# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2018

157070

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                       SC: 157070
                                       COA: 339450
                                       Kent CC: 17-000837-AR

KENNETH CONWAY WYANT,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the January 3, 2018 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2018



p0523

Clerk